ERLING HOLSBO, Respondent, v. BANNANFJORD A/S, Defendant, and SIGURD DREYER, Appellant.—Appeals from order denying, on reargument, motion to vacate service of summons and complaint, and from order granting, on reargument, plaintiff's motion to correct defendant's name, dismissed, with ten dollars costs

and disbursements, on the ground that the appellant is not a party to the action and is not a person aggrieved; furthermore, there is no merit to the appeal. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.